UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARGARET EUROPE,

                        Plaintiff,

*against*

THE STOP & SHOP SUPERMARKET COMPANY LLC,

                        Defendant,
------------------------------------------------------------X

Docket #: 1:20-CV-5200

## NOTICE OF FILING OF PETITION FOR REMOVAL

    PLEASE TAKE NOTICE that the defendant has on this date filed a Petition for Removal in the office of the Clerk of the United States District Court for the Eastern District of New York.

Dated: Mineola, New York
       October 28, 2020

                                           THE STOP & SHOP SUPERMARKET COMPANY LLC

                                           *s/ Christine M. Capitolo*
                                           By: _____
                                           CHRISTINE M. CAPITOLO [CMC9098]
                                           TORINO & BERNSTEIN, P.C.
                                           Attorney for Defendant
                                           200 Old Country Road, Suite 220
                                           Mineola, NY 11501
                                           (516) 747-4301 Fax: (516) 747-5956

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid on this October 28, 2020, to GARY P. KAUGET, PC, 9201 Fourth Avenue, Suite 200 A, Brooklyn, NY 11209

                                           *s/ Christine M. Capitolo*
                                           _____
                                           CHRISTINE M. CAPITOLO